IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA DANIELS | ) |
| Plaintiff, | ) Civil Action No. 12-2158 |
| v. | ) |
| PORTFOLIO RECOERY ASSOCIATES, LLC | ) |
| Defendant. | ) |

## STIPULATION

AND NOW, this 26th day of April, 2013, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Linda Daniels and Defendant Portfolio Recovery Associates, LLC ("PRA") that, which respect to the matter of an award of reasonable fees and costs to Plaintiff pursuant to 15 U.S.C. §1692k(a)(3), Plaintiff and Defendant have reached a resolution with respect to the amount of fees and costs to be paid. On account of the resolution that has been reached, Plaintiff formally withdraws the subpoena served upon Maurice & Needleman, P.C., and Defendant and Maurice & Needleman formally withdraw their motion to quash subpoena as moot.

/s/ Mark Mailman
MARK MAILMAN
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
215-735-8600
215-940-8000 (fax)

Counsel for Plaintiff

Date: 4/29/13

/s/ Joann Needleman
JOANN NEEDLEMAN
**MAURICE & NEEDLEMAN, P.C.**
1617 John F. Kennedy Blvd.
Suite 935, One Penn Center
Philadelphia, PA 19103
215-789-7157
215-563-8970 (fax)

Counsel for Defendant

The Clerk shall mark the matter closed for statistical purposes.

APPROVED BY THE COURT:

WILLIAM H. YOHN, JR., J.