IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| LINDA DANIELS | : |  |
|  | : |  |
| v. | : |  |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | NO. 12-2158 |

**CIVIL JUDGMENT**

BEFORE HONORABLE WILLIAM H. YOHN, JR.

AND NOW, this            day of            , 2013, it appearing that an Arbitration Award was entered and filed on January 22, 2013, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Linda Daniels and against Portfolio Recovery Associates, LLC in the sum of $1,000.00


ATTEST:                              OR                         BY THE COURT:


By:_____                                          /s/Honorable William H. Yohn, Jr.
     Deputy Clerk                                                    WILLIAM H. YOHN, JR., J.

ARB 16